## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**NATHAN HOWARD DENEAU,**            :

        **Petitioner**            :

                   **CIVIL ACTION NO. 3:15-1227**

**v.**            :

                   **(Judge Mannion)**

**COMMONWEALTH OF**            :
**PENNSYLVANIA,**
                   :

        **Respondent**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    Respondents' motion to dismiss the petition as untimely, (Doc. 12), is **GRANTED**.

2.    The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** February 10, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1227-01-ORDER.wpd